| | |
|---|---|
| Clerk of the Court<br>Alfred A Arraj United States Courthouse<br>901 19th St. Room A105<br>Denver, Co 80294<br><br>El Paso County<br>2013 CR 312 | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>09/14/2020<br>**JEFFREY P. COLWELL, CLERK** |
| Plaintiff<br>The People of the State of Colorado, United States<br>vs.<br>Defendant<br>Macyo Joelle Jan[nuary] | Court of Appeals<br>Number:<br>2014 CA 2358 |
| Motion for Extension for Writ of Habeas Corpus | |

Defendant hearby September 18, 2020 asks the Court for a Extension for Writ of Habeas Corpus. For the following reasons. Due to the circumstances of being incarcerated during the current Covid-19 Pandemic. The facility Buena Vista Correctional facility has been on a querantine. Which has hendured the defendant ability to access information at the same speed. As in normal occurences. I just exhausted all state remedies, direct appeal, 35c and 35b. I just recieved my response to my 35(c) September 16, 2020.

For the reason set above, Mr. January respectfully requests that the court extends his time limit to file the defendant's Habeus Corpus.

*[signature]*
P.O Box 2017
Buena Vista, Colorado 81211

I hereby certify that a copy of the foregoing document was mailed to Maeyo January at Buena Vista, Colorado 81211 on September 18, 2020

*[signature]*

**Colorado Department Of Corrections**

Name: Maceyo Sanchez
Register Number: 161842
Unit: Lower North
Box Number: 2017
City, State, Zip: Buena Vista, Co 81211

Restricted Inspection Mail

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 14 2020
JEFFREY P. COLWELL
CLERK

Clerk of the Court
Alfred A. Arraj US Courthouse
901 19th Street, Room A105
Denver, Co 80294

DENVER CO 802
10 SEP 2020 PM 6 L

80294-250099

**COURT FILING STAMP**

FACILITY: BVCC
DATE REC'D: 9-10-20
INT: [signature]
INT: [signature]

STAFF LAST NAME: Riggs
ID#: 21612
OFFENDER LAST NAME: Sanchez
DOC#: 161842